EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte:<br><br><br>Juan A. Pedrosa Trápaga | 2016 TSPR 41<br><br>194 DPR ____ |

Número del Caso: TS-6058

Fecha: 4 de marzo de 2016

Materia: Reactivación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*Ex Parte*

Juan A. Pedrosa Trápaga                    TS-6058

RESOLUCIÓN

San Juan, Puerto Rico, a 4 de marzo de 2016

Evaluada la *Solicitud de cambio a estatus de abogado activo en el Registro de Abogados y Abogadas del Tribunal Supremo* presentada por el abogado Juan A. Pedrosa Trápaga, se provee ha lugar.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo